UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

    CHESANING MFG. CO., INC.,

Case No. 23-20898-dob
Chapter 11 Proceeding
Hon. Daniel S. Opperman

    Debtor.
_____/

CHESANING MFG. CO., INC.,
    Plaintiff,

v.

Adversary Proceeding
Case No. 24-02023-dob

VELOCITY CAPITAL GROUP, LLC,
    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S REQUEST FOR RELIEF

For the reasons stated in this the Court's oral opinion issued on July 1, 2025;

WHEREFORE, IT IS HEREBY ORDERED that Defendant Velocity Capital Group, LLC's Motion for Summary Judgment is DENIED;

IT IS FURTHER ORDERED that Plaintiff Chesaning Manufacturing Co., Inc.'s request for relief for summary judgment as to Defendant's Affirmative Defense #2 is DENIED.

**Signed on July 1, 2025**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**